IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ESTEPHANIA OLIVA et al.**                                                                 **PLAINTIFFS**

v.                             **CASE NO. 4:12CV00243 BSM**

**C.L.A. INC., d/b/a**
**SUBWAY/PIZZA PRO et al.**                                                              **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation [Doc. No. 11] of notice to the class and settlement of claims, the parties' request for final approval is granted.

IT IS SO ORDERED this 25th day of September 2013.

_____
UNITED STATES DISTRICT JUDGE